Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF ALASKA**

RECEIVED
MAY 2 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V                                          Case No. 3:04-CR-00099-JWS-01

Bobbie Ann Perez

    On May 22, 2006, the above-named was placed on supervised release for a period of 3 years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has done well on supervised release and has continued to submit her Monthly Supervision Reports. There are no known issues of non-compliance and all financial obligations have been met. It is accordingly recommended that Bobbie Ann Perez be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

    Respectfully submitted,

Redacted Signature                5/23/08
Chris Liedike                      Date
U.S. Probation/Pretrial Services Officer

__REDACTED SIGNATURE__
Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 23rd day of May, 20 08.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge